Peter C. Prynkiewicz, Bar No. 015256
pprynkiewicz@littler.com
Amanda Breemes, Bar No. 030687
abrowder@littler.com
LITTLER MENDELSON, P.C.
Camelback Esplanade
2425 East Camelback Road, Suite 900
Phoenix, Arizona 85016
Telephone: 602.474.3600
Fax No.: 602.957.1801

Attorneys for Defendant
FIDELITY NATIONAL TITLE AGENCY, INC.

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

Samantha Williams,

Plaintiff,

v.

Fidelity National Title Agency, Inc.,

Defendant.

Case No. 4:23-cv-00159-JGZ

**STIPULATION TO DISMISS WITH PREJUDICE**

Plaintiff Samantha Williams and Defendant Fidelity National Title Agency, Inc., hereby stipulate and agree to dismiss this matter with prejudice, with each party to bear their own costs and attorneys' fees.

DATED this 3rd day of April 2025.

*/s/ Jeffrey H. Jacobson (with permission)*
Jeffrey H. Jacobson
JACOBSON LAW FIRM
Attorneys for Plaintiff
*Samantha Williams*

*/s/ Peter C. Prynkiewicz*
Peter C. Prynkiewicz
Amanda Breemes
LITTLER MENDELSON, P.C.
Attorneys for Defendant
*Fidelity National Title Agency, Inc.*

I certify that the content of the foregoing document is acceptable to all persons required to sign the document and authorization to electronically sign this document has been obtained.

*/s/ Peter C. Prynkiewicz*

I hereby certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants, and mailed a copy of same to the following if non-registrants, this 3rd of April, 2025:

Jeffrey H. Jacobson
Jacobson Law Firm
570 North Columbus Boulevard, Suite B
Tucson, Arizona 85711
jeff@jacobsonlawfirm.net
*Attorneys for Plaintiff*

*/s/ Tisha A. Davis*

2

LITTLER MENDELSON, P.C.
Attorneys at Law
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ 85016

4932-3687-3520.1 / 078508.1096
4/2/2025 2:15 PM