**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Samantha Williams, | No. CV-23-00159-TUC-JGZ |
| Plaintiff, | **ORDER** |
| v. | |
| Fidelity National Title Agency Incorporated, | |
| Defendant. | |

Having reviewed the Parties' Stipulation to Dismiss with Prejudice (Doc. 47) and good cause appearing,

**IT IS ORDERED** the Stipulation (Doc. 47) is **granted**.

**IT IS FURTHER ORDERD** this matter is **dismissed with prejudice**. The parties shall bear their own fees and costs. The Clerk of Court shall close its file in this action.

Dated this 4th day of April, 2025.

_____
Jennifer G. Zipps
Chief United States District Judge